1896.) Action by Sarah Agnes Butcher, an infant, by Thomas H. Butcher, her guardian ad litem, against the Atlantic Avenue Railroad Company. No opinion. Judgment and order affirmed, with costs. All concur.

CAMMAN v. DEWSNAP. (Supreme Court, Appellate Division, First Department. March 6, 1896.) Action by Charles L. Camman, Jr., against John B. Dewsnap. No opinion. Motion granted, with $10 costs.

In re CANN. (Supreme Court, Appellate Division, Second Department. April 21, 1896.) In the matter of the application of George W. Cann for admission to practice as an attorney. No opinion. Motion granted, and order signed.

CHAMBERS, Respondent, v. LANCASTER et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 21, 1896.) Action by William C. Chambers, as assignee of Charles A. Dixon, against James H. Lancaster and the New York Stone Crushing Company. No opinion. Motion granted, and order resettled and filed with the clerk. See 38 N. Y. Supp. 253.

CHURCH, Respondent, v. SLADE et al., Appellants. (Supreme Court, Appellate Division, Third Department. April 14, 1896.) Action by Henrietta Church against Thomas A. Slade and others. No opinion. Judgment affirmed, with costs.

COLLINS, Respondent, v. CALLAGHAN, Appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1896.) Action by Catherine Collins against Mary Callaghan, impleaded. No opinion. Final judgment, so far as appealed from, and interlocutory judgment, affirmed, with costs. All concur, except CULLEN, J., not sitting.

COMSTOCK, Respondent, v. FOOSE, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1896.) Action by Samuel H. Comstock against William H. Foose. No opinion. Judgment affirmed, with costs. All concur, except CULLEN, J., not sitting.

CONNOLLY, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 20, 1896.) Action by Ellen M. B. Connolly against the Manhattan Railway Company and others. A. O. Townsend, for appellants. H. A. Forster, for respondent. No opinion. Judgment modified by reducing the fee damage to $2,750 and the rental damage to $275 a year, and, as so modified, affirmed, without costs.

CONROY, Appellant, v. CONROY et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 8, 1896.) Action by John J. E. Conroy against Eugene F. C. Conroy and others. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

COREY, v. ELECTRIC CONST. CO. (Supreme Court, Appellate Division, First Depart-

ment. March 20, 1896.) Action by Robert B. Corey against the Electric Construction Company. No opinion. Motion denied.

CROSBY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April, 1896.) Action by Kittie Crosby, as administratrix, etc., against the New York Central & Hudson River Railroad Company. Hiscock & Doheny, for appellant. Ceylon H. Lewis, for respondent.

ADAMS, J. This case appears to have been twice tried. Upon the first trial a nonsuit was directed, which was set aside by the general term of the Fourth department, and a new trial ordered. Upon the second trial, the case was submitted to the jury, and resulted in a verdict for the plaintiff. The only question to which our attention has been directed upon this appeal relates to the contributory negligence of the plaintiff's intestate. We are unable to discover that the evidence upon the second trial varies in any appreciable degree from that which was offered upon the former trial, so far as this question is concerned; nor does the appellant's counsel make any such contention upon the argument. In view, therefore, of the decision of the general term, it cannot be said that any error was committed by the learned trial justice in submitting this question to the jury. Judgment and order appealed from affirmed, with costs, upon the opinion of Hardin, P. J., delivered at the general term, and reported in 88 Hun, 196, 34 N. Y. Supp. 714.

CROVENO, Respondent, v. ATLANTIC AVE. R. CO. OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1896.) Action by Antony Croveno, an infant, etc., against the Atlantic Avenue Railroad Company of Brooklyn. No opinion. Judgment and order affirmed, with costs. All concur.

CRUMBIE, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 20, 1896.) Action by Ann E. Crumbie against the Manhattan Railway Company and others. H. C. Johnson, for appellants. H. G. Atwater, for respondent. No opinion. Judgment affirmed, with costs.

DALEY, Respondent, v. WARREN et al., Appellants. (Common Pleas of New York City and County, General Term. November, 1895.) Action by Catherine M. Daley against Lyman E. Warren and others. August C. Nanz, for appellants. D. M. Porter, for respondent. No opinion. Order affirmed.

DAVIES et al. v. CLARK. (Supreme Court, Appellate Division, First Department. March 20, 1896.) Action by William G. Davies and others against Francis A. Clark. No opinion. Motion denied.

DAVIES et al. v. CLARK. (Supreme Court, Appellate Division, First Department. April 24,